UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAME SURPRIS,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK; NEW ROCHELLE POLICE DEPARTMENT; KRISTIN LOUGHIN; NEW ROCHELLE CITY COURT,<br><br>                    Defendants. | 21-CV-7652 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred under the Eleventh Amendment and for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 12, 2021
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge